Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-019-YNP |
| | ) | |
| Plaintiff, | ) | AMENDED MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| ERIC MAYO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal, in the interest of justice, the following charges against the defendant: count one, charging a violation of 18 Unites States Code 13, California Penal Code section 2.73a(a) Child Endangerment and count two, charging a violation of 36 Code of Federal Regulations section 4.23(a)(1) Driving Under the Influence of Alcohol.  The defendant previously plead guilty to the remaining count three, charging a violation of 36 Code of Federal Regulations section 4.22(b)(1), Operating a Motor Vehicle without Due Care.

Dated: April 25, 2010                                   NATIONAL PARK SERVICE


                                                         /S/ Susan St. Vincent
                                                        Susan St. Vincent
                                                        Acting Legal Officer

//

//

1

**ORDER**

IT IS SO ORDERED.

**Dated:   April 27, 2010**                              /s/ Michael J. Seng
UNITED STATES MAGISTRATE JUDGE